No. 972.   ARLEY ET UX. *v.* UNITED PACIFIC INSURANCE Co.   C. A. 9th Cir.   Certiorari denied.   *John Caughlan* for petitioners.   *Kenneth E. Roberts* for respondent.

No. 976.   TOWNSHIP OF HAMILTON TOWNSHIP ET AL. *v.* BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ATLANTIC ET AL.   Sup. Ct. N. J.   Certiorari denied. *Patrick T. McGahn, Jr.,* for petitioners.   *Isaac C. Ginsburg* for respondents Board of Chosen Freeholders of the County of Atlantic et al.

No. 979.   KINSEY *v.* HUGGINS ET AL.   Ct. Civ. App. Tex., 4th Sup. Jud. Dist.   Certiorari denied.   *H. L. Hays, Jr.,* for petitioner.   *Josh H. Groce* for respondent Huggins.

No. 982.   HANES HOSIERY DIVISION-HANES CORP. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir. Certiorari denied.   *Whiteford S. Blakeney* for petitioner.   *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 984.   MONTE VISTA LODGE *v.* GUARDIAN LIFE INSURANCE CO. OF AMERICA.   C. A. 9th Cir.   Certiorari denied.   *Kenneth Barwick* for petitioner.   *Sterling Hutcheson* for respondent.

No. 985.   BRUCE *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.   *Ralph J. Temple, Sarel M. Kandell, Wm. Warfield Ross, Lawrence Speiser* and *Melvin L. Wulf* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.